UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:15-CV-612-TBR

LINDSEY LARSEN                                                          PLAINTIFF

V.

UNITED STATES OF AMERICA                                          DEFENDANT

## ORDER OF DISMISSAL

A telephonic conference was held on May 19, 2016.

Appearing by phone were Lindsey Larsen, *pro se* **plaintiff and Michael D. Ekman, AUSA. Terri Turner, official court reporter, recorded the conference.**

**IT IS ORDERED** that said action is <u>DISMISSED without prejudice</u> from the docket.

cc: Counsel

Lindsey Larsen, *pro se*

P/07